# IN THE SUPREME COURT OF THE STATE OF NEVADA

BROCK PATRICK MCCANN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 74672

**FILED**

SEP 1 4 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of domestic battery, third offense. Second Judicial District Court, Washoe County; Barry L. Breslow, Judge.

Appellant contends that the district court erred by admitting an exhibit at sentencing to establish that he had been previously convicted of domestic battery. He fails to demonstrate that the district court erred by admitting the exhibit. To the extent he challenges the sufficiency of the evidence supporting the enhancement, the State presented sufficient evidence of the prior conviction. *See English v. State*, 116 Nev. 828, 836, 9 P.3d 60, 64 (2000). We decline appellant's invitation to adopt a rule requiring a formal judgment of conviction to be shown. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-35967

cc:   Hon. Barry L. Breslow, District Judge
Washoe County Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk